UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-00162-SVW (SHK) | Date: | June 13, 2018 |
| Title: | *George Ybarra v. Stanley Sniff, Jr., et al.* | | |

Present: The Honorable **Shashi H. Kewalramani, United States Magistrate Judge**

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings (IN CHAMBERS):**    ORDER TO SHOW CAUSE

      On June 7, 2018, the Court received the executed USM-285 form from the United States Marshal. It reflects that the issued subpoena was served on the Riverside County Sheriff's Department to provide the records in question to assist Plaintiff with identifying the "Doe Defendant."

      To date, the Court has not received Plaintiff's Second Amended Complaint and the Court is unclear whether Plaintiff has received the necessary documents. As such, Plaintiff is order to show cause in writing no later than **July 13, 2018** as to whether he has or has not received the records for the Doe Defendant; or file his Second Amended Complaint.

      Plaintiff is forewarned that, if he fails to do either of the provided options, the Court may deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

      **IT IS SO ORDERED.**