JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE YBARRA,<br><br>       Plaintiff,<br><br>  v.<br><br>STANLEY SNIFF, JR., et al.,<br><br>       Defendants. | Case No. 5:17-cv-00162-SVW (SHK)<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Complaint,

  IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: 7/9/2020

                _____
                HON. STEPHEN V. WILSON
                United States District Judge